

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAM MEHAR,

Petitioner,

v.

JEREMY CASEY, Warden of the
Imperial Regional Detention Center, *et al.*,

Respondents.

Case No.:  3:26-cv-1921-CAB-AHG

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Ram Mehar's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner alleges that he entered the United States without inspection in June 2022, was detained then released on his own recognizance, and then re-detained by Immigration and Customs Enforcement on February 28, 2026 while working as a commercial truck driver.  [*Id.* at 1–2.]  Petitioner claims that his detention violates the Fourth Amendment, Fifth Amendment, the Immigration and Nationality Act, and the Administrative Procedure Act and seeks immediate release or a prompt bond hearing.  [*Id.* at 12–19.]

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 4.]  Nor do Respondents make any legal arguments against Petitioner's claims that his detention violates the Due Process Clause of the Fifth Amendment.  [*See id.*; *see also* Petition at 12–

1

15.]  Instead, Respondents "do[] not oppose the petition and defer[] to the Court on the appropriate relief." [Doc. No. 4 at 3.]  Petitioner replies that a "constitutional violation has already occurred" and "there is no lawful basis for continued detention pending [a bond hearing.]" [Doc. No. 5 at 3.]

In light of Petitioner's unrefuted facts and legal claim under the Fifth Amendment, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases.  *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  The Court therefore **ORDERS** Respondents to immediately release Petitioner under the same conditions of release that existed immediately prior to his February 28, 2026 re-detention.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  April 7, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge